Vicken H. Hagopian (SBN 177937)
Law Offices of Vicken H. Hagopian, APLC
6736 Laurel Canyon Boulevard, Suite 225
North Hollywood, California 91606

Tel: (818) 255-4747
Fax: (818) 255-0933
Cell: (818) 482-7703

Attorney for Steve Zaven Kessedjian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE ZAVEN KESSEDJIAN<br><br>　　　　　　　Defendant(s). | 1;11CR-237-LJO<br><br>ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING SPEEDY TRIAL ACT TIME |

The parties' Stipulation Continuing Status Conference Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court. The Court finds that, for the reasons set forth in the parties' Stipulation, the ends of justice served by the requested continuance outweigh the best interests of the defendant and the public in a speedy trial.

For the reasons stated in the parties Stipulation, IT IS HEREBY ORDERED that the status conference currently set for May 21, 2012 is continued to July 2, 2012 at 1:00 p.m.

IT IS FURTHER ORDERED that the period of time from May 21, 2012, to and including July 2, 2012, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)-(B).

DATED: **May 16, 2012**　　　　　　　　__/s/ Sheila K. Oberto_____
　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE