**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**STEVE ZAVEN KESSEDJIAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**STEVE ZAVEN KESSEDJIAN**<br>Defendant. | Case No.: **1:11-CR-00237-LJO**<br><br>**ORDER** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant, **Steve Zaven Kessedjian**, is hereby excused from appearing at the Status Conference currently scheduled for October 1, 2012, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:    September 26, 2012**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE