Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Steve Zaven Kessedjian

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00237-LJO |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING DATE; ORDER** |
| STEVE ZAVEN KESSEDJIAN, | |
| Defendant | |

Jeffrey T. Hammerschmidt, attorney for defendant STEVE ZAVEN KESSEDJIAN, and Christopher D. Baker, Assistant United States Attorney HEREBY STIPULATE to the following:

1. That the sentencing hearing be continued from December 16, 2013 at 8:30 a.m. to January 6, 2014 at 8:30 a.m.;

2. That any sentencing memos by the parties be filed by December 30, 2013; and

3. That any replies shall be filed by January 1, 2014.


Dated: December 5, 2013                    Respectfully submitted,

    /s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Steve Zaven Kessedjian

Dated: December 5, 2013                        /s/ Christopher D. Baker
Christopher D. Baker
Assistant U.S. Attorney

## ORDER

IT IS ORDERED that:

    The December 16, 2013 sentencing date be vacated;

    The sentencing will now occur on January 6, 2014 at 9:30AM;

    Any sentencing memos by the parties shall be filed by December 30, 2013; and

    Any replies shall be filed by January 1, 2014.


Date: December 6, 2013                    /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
U.S. District Judge